ALFRED D. ELSWORTH, Appellant, *v.* KATHRYN ELSWORTH, Respondent.

(Argued March 26, 1929; decided April 16, 1929.)

*George H. Bruce* and *Alexander R. Klahr* for appellant. *Joseph H. Hazen* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.